## In the Matter of Lawrence S. COVEN.

### No. 759 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 6, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of September, 2002, Lawrence S. Coven having been disbarred by consent from the practice of law in the State of New Jersey by Order of the Supreme Court of New Jersey dated April 2, 2002; the said Lawrence S. Coven having been directed on June 24, 2002, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Lawrence S. Coven is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

## In the Matter of Philip Edward VAN RIPER.

### No. 707 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Sept. 6, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of September, 2002, Philip Edward Van Riper having been suspended from the practice of law in the State of New York for a period of one year by Order of the New York Supreme Court, Appellate Division, Third Judicial District, filed January 2, 2002; the said Philip Edward Van Riper having been directed on June 7, 2002, to inform this Court of any claim he has that the imposition of discipline in this Commonwealth pursuant to Rule 216(a) and (c)(4), Pa. R.D.E., would be unwarranted and the reasons therefor; and upon consideration of the responses filed, it is

ORDERED that Philip Edward Van Riper is suspended from the practice of law in this Commonwealth for a period of one year and one day, retroactive to February 16, 2002, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.